■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES NOBLE, Appellant. [636 NYS2d 691] —Judgment unanimously affirmed. Memorandum: Defendant's contention that the evidence at the suppression hearing was insufficient to support Supreme Court's determination is without merit. It was evident that the information relied upon by the police in their arrest of defendant was reliable because it was supplied by the victim and another eyewitness *(see, People v Rivera,* 210 AD2d 895). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Robbery, 3rd Degree.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY E. WILLIAMS, Appellant. [636 NYS2d 690] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him, following a bench trial, of rape in the first degree, sodomy in the first degree and endangering the welfare of a child. Upon our review of the record, we conclude that the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from Judgment of Erie County Court, McCarthy, J.—Rape, 1st Degree.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.